IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CITENS FOR EQUAL PROTECTION, INC., et al., | ) ) ) | 4:03CV3155 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER |
| ATTORNEY GENERAL JOHN C. BRUNING, et al., | ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court on defendants' unopposed Motion for Stay of Proceedings to Enforce Judgment Pending Appeal, Filing No. 83. For good cause shown, the motion is granted and the enforcement of this court's order awarding attorney fees and costs to plaintiffs, Filing No. 81, is stayed pending resolution of the appeal of this matter to the Eighth Circuit Court of Appeals.

SO ORDERED.

DATED this 9th day of August, 2005.

BY THE COURT

s/ Joseph F. Bataillon
United States District Judge